DMAP Pro Se: General Complaint

RECEIVED
JAN 15 2025
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

United States District Court

Click here to enter text.

RECEIVED
DEC 16 2024
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Franklin Rupert
_____

_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

Donald John Trump
J. D. Vance
Joe Biden

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)

Case No. 1:25-cv-6-SA-DAS
_____

(To be filled out by Clerk's Office only)

# COMPLAINT

Jury Demand?
☐ Yes
☐ No

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

I. PARTIES IN THIS COMPLAINT

Plaintiff

List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff: **Rupert, Franklin**
Name (Last, First, MI)

**General Delivery: 524 Main Street**
Street Address

**Lowndes, Columbus,    Mississippi    39701**
County, City                   State           Zip Code

**631.599.6339**          **forjoy2064@aol.com**
Telephone Number          E-mail Address (if available)

Defendant(s)

List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant 1: **Trump, Donald (J.)**
Name (Last, First)

**1600 Pennslyvania Avenue**
Street Address

**District of Colombia, Washington**
County, City                   State           Zip Code

Defendant 2: **Vance, J. D.**
Name (Last, First)

**1600 Pennslyvania Avenue**
Street Address

**District of Columbia, Washington**
County, City                   State           Zip Code

DMAP Pro Se: General Complaint

Defendant(s) Continued

Defendant 3: _____
Name (Last, First)

_____
Street Address

County, City     State     Zip Code

Defendant 4: _____
Name (Last, First)

_____
Street Address

County, City     State     Zip Code

II. BASIS FOR JURISDICTION

Check the option that best describes the basis for jurisdiction in your case:

☑ U.S. Government Defendant: United States or a federal official or agency is a defendant.

☐ Diversity of Citizenship: A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☐ Federal Question: Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

The right to live free from physical harm and societal social harm, also to live free from character slander and threats, thru social media? Recently, my (Scripts) News channel was extracted., similar to Trumps statement "Nothing should be shown on T.V. about the war(s).(me's) military advising is the worldly News cast. Like, when rescuing Captain Phillips from Samalia's African Pirates.

Page 3 of 8

III. VENUE

This court can hear cases arising out of Click here to enter text.

Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.

Venue is appropriate in this Court because:

_____
_____
_____
_____
_____

IV. STATEMENT OF CLAIM

Place(s) of occurrence: Near Golden Triangle Airport Mayhew and Columbus, Mississippi also lastly in Noxubee Co. Brookville to Macon, Mississippi (me)ssenger was driving.

Date(s) of occurrence: March 2018 and appxly August 2022.

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.

FACTS:

What happened to you?

By slanderously defaming my character in television news casts while running for Public office for President of the United States. And vice President after militia(s) hit (me)ssenger with (2) Two logic bombs... (1) One in March 2018 (w/ Frequency Sat electric shock via vehicle while driving, hit (2ND) second time via smart lite cluster bomb in left little finger, (Pinky)?

The injuries force (me)ssenger to go on E.R. each incident. Symtoms were pain in bust(s) and dizziness, of it in 2018. The (2ND) Second incid involved the symtoms wase severe swelling in entire upper body (left side) from top to bottom (face) and head.

A clerk said to (me)ssenger (quote) "just fill the forms out the best that I can that she's going to help (me) to get my (Pro Se) case opened.

Hollywood on the C.S.I. Movie, I've been called a false Prophet? Prior to it being said, Trump's calling someone(s) false General(s) though I'm not an actual military General Trump's Hitlerized statements are hitting fairly hard at home? I'm in a Private Benjamin situation? We obey all we can, but Lawen fores and law seem tricky? I'm heading building to separate from the secular world? I'm an extraordinary creative writer of the book; original Poetry & General Lyrics. And head Idea writer of constructing the Monorail Train(es) a reinvention. People is conspiring to murder (me) in order to steal the Projected ideas? I have been to to F.B.I. Headquarters in Jackson, Mississippi once. The reason Floods are going to end the age (world) sooner than normal, These people are fooling w/the works of God's Prophets anointed reign in His Millennium Preparation Kingdom of Jesus Christ. Amen

| Was anyone else involved? |
|---|
| No! |

They Prominent Generals talked of (me) ssenger on C-SPAN saying quote unquote: "what was he saying, quote Do not, take, it all away by Order of The Silver Beaver!

Trump is following the trend of others on government News T.V. Social Media saying words like Don't you worry I'll get that (S.O.B.). When, while I was residing in the Quality Inn in Columbus, MS 2024 Apprxly. June, July, August the room I stayed in had, have, a satelite camera in the Television People was obviously seeing (Me) and talking at (me) Trump stated, quote unquote "Look at him, he look young!" But he's a dumb ass!

J.D. Vance stated, quote unquote "I joined the Army and Served (4) years and got out and got a small Business Loan and Started my own business, what have been doing besides drawing a check?

[Who did what?]

There are other matters involving the V.A. such like, medical malpractice, or literally coming after my life maliciously, eye treatment they refused surgery after I requested blinding my right eye w/ Glaucoma drops, eyedrops. They ignores that my body is like a baby with my allergy immune deficiency the U.S. Army told, or and diagnosed (me) with. Request investigation into these malicious acts of them?

When, if, Donald Trump and J.D. Vance repent the language and intentions towards harming (me) and start talking unitin to Build the new Train etc., Please disregand this matter?

## V. INJURIES

If you sustained injuries related to the events alleged above, describe them here.

Internal bust Pain and body swelling even more since (me) already have edema. Joe Biden stated on T.V. that he and Trump is going to bury (me) with golden shovels and this was shown on probably CNN with them holding golden shovels in their hands? I recommend that a new legislative law be passed to separate innocent Christians and in general people, from religious and Political lands of the U.S.A., and the power be given back to military Generals, from any political U.S. President?

## VI. RELIEF

The relief I want the court to order is:

☑ Money damages in the amount of: $ 50,000,000.00 including both matters at hand

☑ Other (explain):

Protection via those defendants held accountable. Camela Harris + Biden gave me immunity. In my published Book it mentioned a (9) page proposal, the proposal in it The beginning plan for Constructing New Jerusalem's millennium Preparation Kingdom to cease wars. Theives of such wants to reap the benefits. The causian race is afraid for their heretage which is unnecessary. All different creeds are white (if Christian).

c/o: I did not let the U.S. down, please do not let (me) down? A military advisor?

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

12/02/2024
Dated

Franklin Rupert
Plaintiff's Signature

Rupert, Franklin
Printed Name (Last, First, MI)

524 Main Street | Columbus | MS | 39701
Address | City | State | Zip Code

631.599.6339
Telephone Number

forjoy2024@aol.com
E-mail Address (if available)

List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.